UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-60348-cv-BLOOM

DIANA DOWNIE, on her own behalf
and others similarly situated,
    Plaintiff,

v.

BF WESTON, LLC, a Florida limited liability
company d/b/a BURGERFI, and 2800 BFI, LLC,
a Florida limited liability company d/b/a BURGERFI,
    Defendants.
_____/

## VERDICT FORM

As to all questions, do you find from a preponderance of the evidence:

1. That Defendant proved as an affirmative defense that Plaintiff Diana Downie was exempt from the Fair Labor Standards Act under the Administrative Exemption?

    Answer (Yes) or No    _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," then proceed to question 2.

1

2. That Defendant proved as an affirmative defense that Plaintiff Diana Downie was exempt from the Fair Labor Standards Act under the Executive Exemption?

Answer Yes or No          _____

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," then proceed to question 3.

3. That Plaintiff proved that Defendant BF Weston, LLC and 2800 BFI, LLC were Plaintiff Diana Downie's joint employer during the time period of October 2014 to April 20, 2015.

If your answer is "No," then please proceed to question 4 immediately below, as you have determined that BF Weston, LLC was not Diana Downie's joint employer from October 2014 to April 20, 2015.

If your answer is "yes," then do **not** answer questions 4 through 5 and proceed to question 6, as you have determined BF Weston, LLC was Diana Downie's joint employer for this time period.

2

4. That Plaintiff Diana Downie proved that she worked more than forty (40) hours in any week during her employment with BF Weston, LLC from April 21, 2015, to the termination of her employment on October 17, 2015.

Answer Yes or No  _____.

If your answer is "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "yes," then proceed to question 5.

5. Indicate in the space below the total number of overtime hours you find Plaintiff worked during her employment with BF Weston, LLC and the total amount of overtime compensation to which you find Plaintiff entitled.

Total Hours of Overtime  _____

Amount of Compensation Due $_____

Your deliberations have now concluded. Do not answer questions 6 through 7, but proceed to the last page and have the jury foreperson sign and date the verdict form before returning it to the court security officer.

6. That Plaintiff Diana Downie proved that she worked more than forty (40) hours in any week during her employment with BF Weston, LLC from October 2014, to October 17, 2015.

Answer Yes or No    _____.

If your answer is "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "yes," then proceed to question 7.

7. Indicate in the space below the total number of overtime hours you find Plaintiff worked during her employment with BF Weston, LLC and the total amount of overtime compensation to which you find Plaintiff entitled.

Total Hours of Overtime    _____

Amount of Compensation Due $_____

4

Your deliberations have now concluded. Please have your foreperson sign and date below and return the verdict form to the court security officer.

SO SAY WE ALL.

_____
Foreperson's Signature

_____
Foreperson's Name

DATE: __12/19/16__