UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60348-BLOOM/Valle

DIANA DOWNIE,

    Plaintiffs,

v.

BF WESTON, LLC, *et al.*,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court upon the jury verdict issued in the above-styled case, finding no liability on the part of Defendant BF Weston, LLC ("Defendant") to Plaintiff Diana Downie ("Plaintiff") for overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). *See* ECF No. [78] ("Verdict," dated December 19, 2016). Therein, the jury found by a preponderance of the evidence that Defendant proved that Plaintiff was exempt from the FLSA under the Administrative Exemption. *See* Verdict.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered **in favor of Defendant** and against Plaintiff upon the Verdict herein.
2. The Court reserves jurisdiction to consider appropriate post-trial motions.
3. The Clerk is directed to **CLOSE** this case.

Case No. 16-cv-60348-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 19th day of December, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record