UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-60348-BLOOM/VALLE

DIANA DOWNIE, on her own behalf and others
similarly situated,

        Plaintiff,

vs.

BF WESTON, LLC, a Florida limited liability
company d/b/a BURGERFI, and 2800 BFI, LLC,
a Florida limited liability company d/b/a
BURGERFI,

        Defendants.
_____/

## DEFENDANT'S NOTICE OF SATISFACTION OF JUDGMENT

On December 20, 2016, this Court entered a Final Judgment [ECF No. 81] in favor of Defendant, BF Weston, LLC. On February 13, 2017, this Court entered an order taxing costs in BF Weston, LLC's favor and against Plaintiff, Diana Downie, in the amount of $2,514.80, which became part of the judgment pursuant to 28 U.S.C. § 1983 ("A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.").

Pursuant to an agreement by the parties entered into with regard to a separate case styled Diana Downie v. BF Weston, LLC, Case No. 16-CV-81396, Diana Downie fully satisfied her obligations with regard to $2,514.80 in costs awarded to BF Weston, LLC.

I, on behalf of BF Weston, LLC, acknowledge full and final satisfaction of the $2,514.80 in costs awarded to BF Weston, LLC and desire to release this amount entirely and hereby fully and completely satisfy the same.

_____
By Corey Winograd,
Managing Member, BF Weston, LLC

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF PALM BEACH        )

The foregoing instrument was acknowledged before me this 23rd day of March, 2017, by Corey Winograd, who is personally known to me or who has produced N/A for identification and who did (did not) take an oath.

*Rachel Lydia Wavra*

Notary Public

Rachel Lydia Wavra
Commission # FF975201
Expires: March 24, 2020
Bonded thru Aaron Notary

Rachel Lydia Wavra

Print or Type Name

My Commission Expires: 03/24/2020

2

19247829v1 0981824

**CERTIFICATE OF SERVICE**

We hereby certify that on March 23, 2017, I electronically served the foregoing with the Clerk of the Court via email on the following: All parties and counsel of record.

> HINSHAW & CULBERTSON LLP
>
> s/Daniel A. Krawiec
> Cheryl L. Wilke
> Florida Bar No. 893780
> cwilke@hinshawlaw.com
> Daniel A. Krawiec
> Florida Bar No. 59136
> dkrawiec@hinshawlaw.com
> Hinshaw & Culbertson LLP
> One East Broward Boulevard, Suite 1010
> Ft. Lauderdale, FL 33301
> Telephone: 954-467-7900
> Facsimile: 954-467-1024
> *Attorneys for Defendant*